884

No. 637, Misc. EGITTO v. NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.

No. 663, Misc. KERNS v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *Andrew J. Goodwin* and *Fred H. Caplan,* Assistant Attorneys General, for respondent.

No. 702, Misc. TEDFORD v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Doris H. Maier* and *Edsel W. Haws,* Deputy Attorneys General, for respondents.

No. 712, Misc. PHILLIPS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 725, Misc. MEYER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 758, Misc. JONES v. MARONEY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 766, Misc. RODGERS v. BENNETT, WARDEN. Supreme Court of Iowa. Certiorari denied.

No. 775, Misc. SIMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.